

FILED

MAR 19 2013

Clerk, U.S. District Court
District Of Montana
Helena

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# GREAT FALLS DIVISION

| | |
|---|---|
| BILLY J. HOLSON,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security<br>Administration,<br><br>    Defendant. | CV 12-50-GF-SEH<br><br>ORDER |

United States Magistrate Judge Keith Strong entered his Findings and Recommendations[1] on March 11, 2013. Plaintiff filed objections on March 12, 2013.[2] The Court reviews *de novo* findings and recommendations to which objection is made. 28 U.S.C. § 636(b)(1).

Upon *de novo* review of the record, I find no error in Judge Strong's

---

[1] Document No. 23.

[2] Document No. 24.

Findings and Recommendations and adopt them in full.

ORDERED:

1. Plaintiff's Motion for Summary Judgment[3] is DENIED.

2. Defendant's Motion for Summary Judgement[4] is GRANTED.

3. The Clerk is directed to enter judgment accordingly.

DATED this 19th day of March, 2013.

*[signature]*

SAM E. HADDON
United States District Judge

---

[3] Document No. 13.

[4] Document No. 19.